**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**ROBERT TAYLOR**                                                                                                    **PLAINTIFF**

**V.**                                            **CASE NO. 5:22-CV-5139**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                        **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 36) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, dated April 2, 2025, regarding the Motion for Attorney's Fees (Doc. 33) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 33) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under 42 U.S.C. § 406(b) in the amount of **$30,000.00**, to be paid from Plaintiff's past-due benefits. Further, Plaintiff's counsel should refund to Plaintiff the amount of **$6,996.00**, which was awarded in attorney's fees under the EAJA on November 14, 2023. *See* Doc. 32.

**IT IS SO ORDERED** on this 17th day of April, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE